1
2
3  JS-6
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 ROMAN PINEDA REYES AND   )   Case No. EDCV 08-1735-VAP
   ESPERANZA PINEDA,        )   (JTLx)
12                          )
            Plaintiff,      )   **JUDGMENT**
13                          )
       v.                   )
14                          )
   CHASE HOME FINANCE, NDEX )
15 WEST, and DOES 1-50,     )
   inclusive,               )
16                          )
            Defendants.     )
17 _____)
18
   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
19
        Pursuant to the Order filed herewith, IT IS ORDERED
20
   AND ADJUDGED that Plaintiffs' Complaint is DISMISSED
21
   WITHOUT PREJUDICE AS TO DEFENDANT CHASE HOME FINANCE.
22
   The Court orders that such judgment be entered.
23
24
25
   Dated:  January 28, 2009            _____
26                                         VIRGINIA A. PHILLIPS
                                        United States District Judge
27
28